IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAURA LYNN HAMMETT**                                                                        **PLAINTIFF**

v.                                      Case No. 4:21-CV-189-LPR

**PORTFOLIO RECOVERY ASSOCIATES, LLC**                                **DEFENDANT**

**FINAL JUDGMENT**

Pursuant to all Orders entered in this case through today, it is CONSIDERED, ORDERED, and ADJUDGED that summary judgment is entered on all claims in favor of Defendant Portfolio Recovery Associates, LLC.

IT IS SO ADJUDGED this 15th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE